# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| **Erica Cardenas, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **Can I Have Money LLC, a New York company** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:26-CV-00335-CAB-KSC |

## AFFIDAVIT OF SERVICE

I, David Jacques, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Can I Have Money LLC in Albany County, NY on February 2, 2026 at 1:31 pm at 99 Washington Ave, 700, Albany, NY 12210 by leaving the following documents with Kristie Delong who as Manager at Registered Agent Solutions, Inc. is authorized by appointment or by law to receive service of process for Can I Have Money LLC.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT, DEMAND FOR JURY TRIAL
CIVIL COVER SHEET
Demand for Document Preservation

Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6550787,-73.7589137
Photograph: See Exhibit 1


Total Cost: $211.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

Executed in __Albany County__, __NY__ on __2/3/2026__.

/s/ *David Jacques*
_____
David Jacques - +1 (518) 847-4002



Exhibit 1a)
2/2/2026 1:31 pm EST
99 Washington Ave, 700, Albany, NY 12210
42.6550787, -73.7589137