Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CARDENAS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAN I HAVE MONEY LLC, a New York company,<br><br>*Defendant.* | Case No. 3:26-cv-00335-CAB-KSC<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

Plaintiff Cardenas hereby provides notice of the withdrawal of her motion for entry of clerk's default which was erroneously filed using the "Motion for Entry of Default" event rather than the "Request for Entry of Clerk's Default" event.

DATED this 11th day of March, 2026.

Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: <u>/s/ *Rachel E. Kaufman*</u>
Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*