Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CARDENAS, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-00335-CAB-KSC |
| *Plaintiff*, | |
| v. | **MOTION FOR ENTRY OF** |
| CAN I HAVE MONEY LLC, a New York company, | **CLERK'S DEFAULT** |
| *Defendant.* | |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Cardenas hereby files this Application for Clerk's Entry of Default against Defendant Can I Have Money LLC in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant failed to serve or file an answer to Plaintiff's Complaint in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer

within 21 days after being served with the summons and complaint." *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk <u>must</u> enter the party's default." *See* Fed. R. Civ. P. 55(a) (emphasis added).

Here, Plaintiff filed her Complaint on January 20, 2026. *See* ECF No. 1. Plaintiff served Defendant on February 2, 2026. ECF No. 3. Accordingly, Defendant's response to the Complaint was due by February 23, 2026.

Defendant has not filed a responsive pleading or filed an extension of time. Accordingly, Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

DATED this 10th day of March, 2026.

                                              Respectfully submitted,

                                              <u>By: /s/ *Rachel E. Kaufman*</u>
                                              Rachel E. Kaufman
                                              KAUFMAN P.A.
                                              237 S Dixie Hwy, Floor 4

Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*