UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CARDENAS, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>CAN I HAVE MONEY LLC, a New York company,<br>Defendant. | Case No.: 3:26-cv-335-CAB-GC<br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court on review of the docket. The Clerk of the Court entered default against Defendant Can I Have Money LLC on March 11, 2026. [Doc. No. 7.] However, Plaintiff has not moved for default judgment. Pursuant to CivLR 55.1, the Court therefore **ORDERS** Plaintiff to show cause by **September 18, 2026** why the complaint against Defendant should not be dismissed.

It is **SO ORDERED**.

Dated: September 2, 2026

Hon. Cathy Ann Bencivengo
United States District Judge