Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CARDENAS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>CAN I HAVE MONEY LLC, a New York company,<br><br>*Defendant.* | Case No. 3:26-cv-00335-CAB-KSC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Cardenas hereby provides notice of the dismissal of her claims without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 2nd day of September, 2026.

Respectfully submitted,

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman

KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*